John P. Aldrich
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
*Attorneys for Plaintiff Sally Kaplan*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-03490 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to: | |
| Sally Kaplan,<br><br>Plaintiff,<br><br>v.<br><br>Pfizer, Inc., a foreign corporation; Doe Drug Sales Representatives; CVS Pharmacy, Inc., a foreign corporation; Nevada CVS Pharmacy, LLC, a Nevada LLC; Uzy Gazala, an individual; Does 2-100; and Roe Corporations 3-100, inclusive,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff Sally Kaplan, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiff named therein with each side bearing its own attorneys' fees and costs.

///

///

///

DATED this 25 day of March, 2010.   By: _____
John Patrick Aldrich
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
*Attorneys for Plaintiff Sally Kaplan*

DATED: _____ April 6 __, 2010   By: _____
Michelle W. Sadowsky
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Attorneys for Defendant Pfizer*

DATED this 15 day of March, 2010.   By: _____
Michael E. Stoberski
**Rawlings Olson Cannon Gormley & Desruisseaux**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
*Attorneys for Defendants CVS Pharmacy, Inc., Uzy Gazala, and Nevada CVS Pharmacy, LLC.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: APR 1 3 2010 , 2010   _____
Hon. Charles R. Breyer
United States District Court